UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:24-cv-137-MOC

| CHRISTOPHER DALLAS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Reverse and Remand this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 8). Plaintiff does not oppose the Motion.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Reverse and Remand, (Doc. No. 8), is **GRANTED**. Pursuant to this Court's power to reverse the Commissioner's decision in Social Security actions under 42 U.S.C. § 405(g), this Court **REVERSES** the Commissioner's decision and **REMANDS** the case to the Commissioner for further proceedings.

Furthermore, the Clerk shall terminate Plaintiff's Brief, docketed as a motion. (Doc. No. 7).

Signed: November 18, 2024

Max O. Cogburn Jr.
United States District Judge